**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 16 MAL 2022

         Respondent                      :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

           v.                          :

                                         :

LLOYD GEORGE MAYS,                  :

                                         :

                 Petitioner                 :

## ORDER

**PER CURIAM**

       **AND NOW**, this 15th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.